199 So.2d 920

### Mrs. Christine Davis TALLEY

v.

### TRAVELERS INSURANCE COMPANY.

No. 48739.

June 9, 1967.

In re: Mrs. Christine Davis Talley applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Washington. 197 So.2d 92.

Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.